UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0242M-01 (CR) |
| | : | |
| GERRY COFFEE, | : | VIOLATIONS: 18 U.S.C. § 287 (False |
| | : | Claims); 4 D.C. Code § 218.01(a) |
| Defendant. | : | (Fraud in Obtaining Public Assistance) |

### I N F O R M A T I O N

The United States informs the Court**:**

### COUNT ONE: False Claims

Beginning on or about September 29, 2003, Defendant Gerry Coffee, a resident of the District of Columbia, knowingly and intentionally presented false claims for financial assistance from the Housing Choice Voucher Program ("HCVP" or "Section 8") provided by the District of Columbia Housing Authority ("DCHA"), and funded by the U.S. Department of Housing and Urban Development, a federal government agency. From on or about September 29, 2003, up to on or about June 16, 2006, in the District of Columbia, Defendant Coffee knowingly and intentionally presented false claims to DCHA for program benefits (free rent and financial assistance) that he was ineligible to receive, and fraudulently obtained funds and financial assistance on the basis of these false claims. In total, Defendant Coffee fraudulently obtained approximately $20,580 by knowingly and intentionally filing these false claims to DCHA to obtain benefits provided by federal funds.

**(False Claims, in violation of l8 U.S.C. § 287).**

## COUNT TWO:  Fraud in Obtaining Public Assistance

At all times material to this Information:

The District of Columbia Housing Authority ("DCHA") was a local government agency that administered a public housing assistance program in this District.

Defendant, Gerry Coffee, resided at 1428 R Street, NW, Apartment 102, Washington, D.C., and Defendant Coffee was a participant in DCHA's public housing assistance program.

From on or about September 29, 2003, up to on or about June 16, 2006, Defendant Coffee did knowingly, and with the intent to injure and defraud, obtain public assistance, that is, money from DCHA, by improperly submitting annual recertification forms on multiple occasions to DCHA in which Defendant Coffee failed to report his annual income, which resulted in DCHA funding Defendant Coffee's rent in an amount greater than Defendant Coffee was eligible to receive.

As a result of Defendant Coffee's scheme, Defendant Coffee improperly received public assistance, that is, money belonging to DCHA to which Defendant Coffee was not entitled, and used the money for his own benefit and use.

**(Fraud in Obtaining Public Assistance, in violation of 4 D.C. Code § 218.01(a)).**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

By:  _____
DAVID P. SAYBOLT
Assistant U.S. Attorney
VA Bar #44518
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-6080
David.Saybolt@usdoj.gov