## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-104 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **GERRY COFFEE,** | : | |
| | : | |
| **Defendant** | : | |

### NOTICE OF APPEARANCE

    The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, and Assistant United States Attorney Debra Long-Doyle, hereby informs the

Court that she is entering her appearance in this matter on behalf of the United States.


         Respectfully submitted,

         JEFFREY A. TAYLOR
         United States Attorney
         BAR NO. 498610


BY:         _____

         Debra Long-Doyle
         Assistant United States Attorney
         Federal Major Crimes, Bar No. 362518
         555 4th Street, NW,  Room 4828
         Washington, DC 20530
         202-305-0634
         Debra.Long-Doyle@usdoj.gov