UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | Criminal Case No. 08-104 (JDB) |
| GERRY COFFEE | ) | **FILED** |
| | ) | MAY 1 4 2008 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

WAIVER OF INDICTMENT

I,    **GERRY COFFEE**   , the above-name defendant, who is accused of

**False Claims
18 USC 287;**

**Fraud in Obtaining Public Assistance
4 D.C. Code 218.01(a)**

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on    **May 14, 2008**    prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates