U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA      :

v.                            :

GERRY COFFEE                  :      Case No.   08-104 (JDB)

                              :

                              :

**O R D E R**

FILED

MAY 14 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___14TH___ day of ___MAY___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _5/19/08 at 8am_ by ___RONNYNE BANNISTER___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___HUD-OIG___ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ___RONNYNE BANNISTER___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

COURT
~~DEFENSE~~ COUNSEL

DOJ USA-16-1-80