UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 08-104 (JDB) |
| | : | |
| GERRY COFFEE | : | |

APPEARANCE OF COUNSEL

Pursuant to Local Criminal Rule 44.5, the Clerk is hereby informed that Gary M. Sidell enters his appearance on behalf of defendant Gerry Coffee in this proceeding, nunc pro tunc May 31, 2007.

Respectfully submitted,

_____/s/_____
Gary M. Sidell
1776 K Street, NW
Suite 800
Washington, D.C. 20006
D.C. Bar No. 961847
202-783-0060
202-331-9666 (facsimile)
suitcase@erols.com